```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34730
   SHERYL D JOHNSON
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-4785

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/20/2004 and was confirmed 11/02/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   30.00%.

     The case was paid in full 09/29/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED            7000.00         905.72        7000.00
ROUNDUP FUNDING LLC       UNSECURED           577.19            .00         173.16
CAPITAL ONE BANK          UNSECURED          1046.50            .00         313.95
ARGENT HEALTHCARE         UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED          2216.24            .00         664.87
MCI RESIDENTIAL SERVICES  UNSECURED        NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00            .00
TCF NATIONAL BANK         UNSECURED        NOT FILED            .00            .00
WEST SUBURBAN HOSPITAL    UNSECURED        NOT FILED            .00            .00
NICOR GAS                 NOTICE ONLY     NOT FILED            .00            .00
WOLIN-LEVIN INC           UNSECURED          2607.51            .00         782.25
STEFANS STEFANS & STEFAN  REIMBURSEMENT      144.00            .00         144.00
AMERICREDIT FINANCIAL SV  UNSECURED          5774.27            .00        1732.28
AMERICREDIT FINANCIAL SV  UNSECURED              .00            .00            .00
STEFANS STEFANS & STEFAN  DEBTOR ATTY       2,200.00                      2,200.00
TOM VAUGHN                TRUSTEE                                           786.85
DEBTOR REFUND             REFUND                                          3,896.92

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                18,600.00

PRIORITY                                           144.00
SECURED                                          7,000.00
    INTEREST                                       905.72
UNSECURED                                        3,666.51
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                               786.85
DEBTOR REFUND                                    3,896.92
                       ---------------         ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 34730 SHERYL D JOHNSON
```

```
TOTALS                                   18,600.00              18,600.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 12/22/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```